# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**927**
**CA 16-00263**
PRESENT: PERADOTTO, J.P., LINDLEY, NEMOYER, AND SCUDDER, JJ.

---

POMCO, INC., PLAINTIFF-APPELLANT,

V                                                                    ORDER

HEALTHEDGE SOFTWARE, INC., DEFENDANT-RESPONDENT.

---

EDWARD E. KOPKO, LAWYER, P.C., ITHACA (EDWARD E. KOPKO OF COUNSEL), FOR PLAINTIFF-APPELLANT.

MENTER, RUDIN & TRIVELPIECE, P.C., SYRACUSE (MITCHELL J. KATZ OF COUNSEL), FOR DEFENDANT-RESPONDENT.

---------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered August 10, 2015. The order, inter alia, granted that part of defendant's motion for partial summary judgment dismissing the seventh cause of action for specific performance and denied plaintiff's cross motion.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered: November 10, 2016                    Frances E. Cafarell
                                              Clerk of the Court